UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20032-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MIGUEL ULISES MARTINEZ**,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF NO. 51]

THIS CAUSE came before the Court on Magistrate Judge Lauren F. Louis's Report and Recommendations on Change of Plea, entered on August 27, 2024 [ECF No. 51]. To date, no party has filed an objection and the time to do so has passed.

THIS COURT has reviewed Judge Louis's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 51]** is **AFFIRMED AND ADOPTED**, and Defendant, Miguel Ulises Martinez's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of September, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lauren F. Louis